**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Maurice Joseph LeGardeur  Jr.          Adam Stewart Lambert
Attorney at Law                         Attorney at Law
222 N. Massachusetts Street         517 Huntlee Drive
Covington LA 70433                New Orleans LA 70130

**REHEARING ACTION: May 11, 2011**

**Docket Number: 10   01353-CA**

**JONATHAN STELLY**
**VERSUS**
**MORROW, MORROW, RYAN, AND BASSETT, ET AL.**

**Appealed from Lafayette Parish Case No. C-20091715**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jonathan Stelly** has this day been

    **DENIED.**

cc: James Huey Gibson, Counsel for the Appellee